**FILED & ENTERED**

AUG 15 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**Kinetic Entropy LLC,**<br><br>Debtor(s). | Case No.: **2:24-15376-BB**<br><br>CHAPTER 11<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL, CONVERSION OR APPOINTMENT OF CHAPTER 11 TRUSTEE FOR SMALL BUSINESS DEBTOR'S FAILURE TO FILE REQUIRED DOCUMENTS**<br><br>**<u>Hearing on Order to Show Cause</u>**<br>**Date:     August 28, 2024**<br>**Time:     10:00 AM**<br>**Courtroom: 1539** |

The petition filed commencing the above-entitled voluntary chapter 11 case reflects that the debtor is a "small business debtor" within the meaning of Bankruptcy Code section 101(51)(D). As a result, the debtor is required by 11 U.S.C. §§ 1161(A) and (B)[1] to file the following documents (collectively, the "**Required Documents**") along with the petition in a voluntary case (or in an involuntary case, file not later than 7 days after the date of the order for relief):

1. the debtor's most recent balance sheet;
2. the debtor's most recent statement of operations;
3. the debtor's most recent cash-flow statement; and
4. the debtor's most recent Federal income tax return.

---

[1] Pursuant to 11 U.S.C. § 1187(a), these sections apply even if the debtor has elected the application of subchapter V of chapter 11 of the Bankruptcy Code.

-1-

If the debtor has not prepared one or more of the foregoing documents or, in the case of a Federal income tax return, has not filed such a return, the debtor is required to file with the petition (or within 7 days thereafter in an involuntary case) a statement made under penalty of perjury attesting to that fact (a "**Section 1116(1)(B) Statement**").

The Court having found that the debtor has:

☒ failed to file the debtor's most recent balance sheet;

☒ failed to file the debtor's most recent statement of operations;

☒ failed to file the debtor's most recent cash-flow statement;

☒ failed to file the debtor's most recent Federal income tax return;

☒ filed a Section 1116(a)(B) Statement,

**IT IS HEREBY ORDERED** as follows:

1. The debtor shall appear in Courtroom 1539 of the above-entitled Court on **August 28, 2024 at 10:00 a.m.**, to show cause why this chapter 11 bankruptcy case should not be dismissed or converted, or why a chapter 11 trustee should not be appointed, based on the debtor's failure to file one or more of the Required Documents (the "Order to Show Cause");

2. Any opposition to the Order to Show Cause shall be filed with the Court and served on all parties and their counsel not later than **August 21, 2024** and, if applicable, should include a declaration under penalty of perjury from an individual with personal knowledge of any extraordinary or compelling circumstances that the debtor contends have prevented the debtor from filing the Required Documents in a timely manner.

###

Date: August 15, 2024

Sheri Bluebond
United States Bankruptcy Judge