**Fill in this information to identify the case:**

Debtor Name KINETIC ENTROPY, LLC.

United States Bankruptcy Court for the: Central District of California

Case number: 2:24-bk-15376-BB

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | | |
|---|---|---|---|
| Month: | 2 | Date report filed: | 09/26/2024<br>MM / DD / YYYY |
| Line of business: | Home Rental | NAISC code: | 72110 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  PATRICIA STEWART

Original signature of responsible party  *Patricia A Stewart*

Printed name of responsible party  PATRICIA STEWART

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

Debtor Name  KINETIC ENTROPY, LLC.                                    Case number  2:24-bk-15376-BB

| | | | | |
|---|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $  4,900.01

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

    Report the total from *Exhibit C* here.

    $  0.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

    Report the total from *Exhibit D* here.

    − $  3,587.61

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit.*

    + $  -3,587.61

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $  1,312.40

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $  44,875.84

Debtor Name  KINETIC ENTROPY, LLC.                              Case number 2:24-bk-15376-BB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        0

27. What is the number of employees as of the date of this monthly report?           0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | **—** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | — | $ 0.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 0.00 | — | $ 3,587.61 | = | $ 3,587.61 |
| 34. **Net cash flow** | $ 0.00 | — | $ -3,587.61 | = | $ -3,587.61 |

35. Total projected cash receipts for the next month:                        $ _____ 0.00

36. Total projected cash disbursements for the next month:                 − $ _____ 0.00

37. Total projected net cash flow for the next month:                      = $ _____ 0.00

Debtor Name  KINETIC ENTROPY, LLC.                        Case number 2:24-bk-15376-BB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Navigate Business Checking℠

August 31, 2024 ■ Page 1 of 4



KINETIC ENTROPY LLC
DEBTOR IN POSSESSION
CH11 CASE #24-15376 (CCA)
8565 S EASTERN AVE STE 150
LAS VEGAS NV 89123-2906

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

### Other Wells Fargo Benefits

**Does your family have a security phrase?**
Scammers can impersonate a loved one in trouble and ask you to send money quickly. A secret family code word or phrase can help to verify that it's really them. Share one with your family and remember to carefully verify all unexpected requests for money.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $4,900.01 |
| Deposits/Credits | 0.03 |
| Withdrawals/Debits | - 3,587.61 |
| **Ending balance on 8/31** | **$1,312.43** |

Account number: ▉▉▉ **3957**
**KINETIC ENTROPY LLC**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-15376 (CCA)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**Interest summary**

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $3,505.23 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.04 |

**Transaction history**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/16 | | Zelle to Aragon Dimas on 08/16 Ref #Rp0Sgm8Ghc Pool Services 4 Months Aug15Dec15 | | 600.00 | 4,300.01 |
| 8/19 | | Online Transfer to Inertia Enterprises LLC Business Checking xxxxxx0250 Ref #Ib0P8Mssvh on 08/18/24 | | 150.00 | |
| 8/19 | | Online Transfer to Inertia Enterprises LLC Ref #Ib0P8Rpymr Business Checking Supplies Miscellaneous | | 500.00 | |
| 8/19 | | Online Transfer to Inertia Enterprises LLC Business Checking xxxxxx0250 Ref #Ib0P8Xbht4 on 08/19/24 | | 1,000.00 | 2,650.01 |
| 8/22 | | Online Transfer to Inertia Enterprises LLC Business Checking xxxxxx0250 Ref #Ib0P9Snzxs on 08/22/24 | | 300.00 | 2,350.01 |
| 8/23 | | Online Transfer to Inertia Enterprises LLC Ref #Ib0Pb94Gwm Business Checking Floor Repair | | 1,000.00 | 1,350.01 |
| 8/27 | | Harland Clarke Check/Acc. 082624 00725827575482 Kinetic Entropy LLC | | 37.61 | 1,312.40 |
| 8/30 | | Interest Payment | 0.03 | | 1,312.43 |
| **Ending balance on 8/31** | | | | | **1,312.43** |
| **Totals** | | | **$0.03** | **$3,587.61** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2024 - 08/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waiver. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $10,000.00 | $1,312.40 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $3,656.46 ☐ |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |



---

### Monthly service fee summary (continued)

**How to avoid the monthly service fee**                                    Minimum required          This fee period
- Average ledger balance in your Business Market Rate Savings and Business
  Platinum Savings, plus
- Average ledger balance in your Business Time Account

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS
(1-800-869-3557) to share your language preference.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where
applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds
in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as
allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any
tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement,
including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or
wellsfargo.com/biz/fee-information/.

August 31, 2024 ■ Page 4 of 4



---

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                              **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

## EXHIBIT A

#3:  The Debtor has not made any mortgage payments.

#6:  The Debtor needs to file returns for several years and is employing Gordon Quan on behalf of the estate to file these returns.

**<u>EXHIBIT D</u>**

| Transferee | Amount | Date | Are they related to you? (Y/N) | Why was the payment made? |
|---|---|---|---|---|
| Aragon Dimas | 600 | 8/16/24 | No | Lawn Service |
| Inertia Enterprises | 150 | 8/19/24 | Yes | Light Bulbs |
| Inertia Enterprises | 500 | 8/19/24 | Yes | Pest Control |
| Inertia Enterprises | 1000 | 8/19/24 | Yes | Floor Estimates |
| Inertia Enterprises | 300 | 8/19/24 | Yes | Home Depot |
| Inertia Enterprises | 1000 | 8/23/24 | Yes | Floor Material |
| Harland Enterprises | 37.61 | 8/27/24 | | Minor Supplies |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## **EXHIBIT E**

Although amounts in question might be disputed, the Debtor's value here is based upon two months of unpaid mortgage payments asserted by Jayco Premium Finance.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

26632 Towne Centre Drive #300 Foothill Ranch, CA 92610

A true and correct copy of the foregoing document entitled (*specify*):

Monthly Operating Report #2

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders
and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___09/27/2024___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com;ecf@casedriver.com
Moriah Douglas Flahaut (TR) douglas.flahaut@arentfox.com, C194@ecfcbis.com
Anne C Manalili anne.manalili@sba.gov
Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
David Samuel Shevitz David.S.Shevitz@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

## 2. SERVED BY UNITED STATES MAIL:
On (*date*) ___09/27/2024___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

## 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___09/27/2024___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual and general order.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| 09/27/2024 | Anerio Ventura Altman, Esq. | /s/ Anerio Ventura Altman, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**