Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
PO Box 515381
Foothill Ranch, CA 92610
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com
**PROPOSED COUNSEL FOR DEBTOR-IN-POSSESSION KINETIC ENTROPY, LLC.**

**FILED & ENTERED**

**DEC 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| | |
|---|---|
| In re: KINETIC ENTROPY, LLC. | Case No.: 2:24-bk-15376-BB |
| | **Chapter:** 11<br>Subchapter V |
| | **ORDER GRANTING MOTION TO EMPLOY ANERIO V. ALTMAN, ESQ. OF LAKE FOREST BANKRUPTCY II, APC AS GENERAL COUNSEL** |
| | **JUDGE**<br>Hon. Sheri Bluebond |
| | **NO HEARING HELD** |

///

- 1

ORDER

On August 14th, 2024, DEBTOR-IN-POSSESSION KINETIC ENTROPY, LLC. ("Debtor") filed a Motion to Employ ANERIO V. ALTMAN, ESQ. of LAKE FOREST BANKRUPTCY II, APC as General Insolvency Counsel ("Motion").

Based upon that Motion, and good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is GRANTED.
2. Anerio V. Altman, Esq. of Lake Forest Bankruptcy II, APC is employed on behalf of the estate pursuant to 11 U.S.C. Sec. 327(a) effective as of July 18th, 2024; and
3. Counsel may seek to have compensation approved every 120 days pursuant to 11 U.S.C. Sec. 330.

###

Date: December 4, 2024

Sheri Bluebond
United States Bankruptcy Judge